# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : NO. 1:95-CR-0036 |
| | : |
| v. | : (Judge Conner) |
| | : |
| **MARVIN D. CAMPBELL,** | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 17th day of March, 2010, a hearing on the petition for revocation of defendant's supervised release (Doc. 57) having been held on this date, and the defendant having admitted to the violations set forth therein, and the court finding that the defendant has violated his term of supervised release, it is hereby ORDERED that the defendant's term of supervised release be EXTENDED by an additional twelve (12) months, resulting in the expiration of supervised release on May 13, 2011. All other previously imposed conditions of supervised release shall remain in full force and effect.

<u>S/Christopher C. Conner</u>
CHRISTOPHER C. CONNER
United States District Judge